STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDWARD H. KUBO, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 1 2001

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO.  CR01-00073 SOM |
| Plaintiff, | ) INDICTMENT |
| vs. | ) [18 U.S.C. §§ 1542 and 1001(a)(2)] |
| STEVEN ALEXANDER ARREY, aka "Christian Dion Kaiser," | ) |
| Defendant. | ) |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about April 25, 2000, in the District of Hawaii,

STEVEN ALEXANDER ARREY, " aka "Christian Dion Kaiser," Defendant

herein, did willfully and knowingly make a false statement on an

Application for a United States Passport with the intent to

induce or secure the issuance of a passport under the authority

of the United States for his own use, contrary to the laws

regulating the issuance of such passports and the rules

prescribed to such laws, namely, that in such application the
Defendant stated, among other facts:

1.    That his true name was Christian Dion Kaiser, born on
December 8, 1975; and

2.    That his true Social Security Number was 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;
when in truth and in fact, Defendant then and there well knew:

A.    That his true name is Steven Alexander Arrey, born on
December 21, 1975; and

B.    That his true Social Security Number is 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.

All in violation of Title 18, United States Code,
Section 1542.

Count 2

The Grand Jury further charges that:

On or about May 21, 2000, in the District of Hawaii,
STEVEN ALEXANDER ARREY, " aka "Christian Dion Kaiser," Defendant
herein, in a matter within the jurisdiction of the U.S.
Immigration and Naturalization Service (INS), an agency of the
United States, did knowingly and willfully make materially false,
fictitious, and fraudulent statements and representations, in
that during the course of an entry into the United States from
the Country of Japan, Defendant STEVEN ALEXANDER ARREY presented
a U.S. Passport No. 120713949, thereby representing to said
investigators, among other facts:

1.    That his U.S. Passport contained true and accurate information as to the identity and date of birth of the Defendant, to wit, that his true name was Christian Dion Kaiser, born on December 8, 1975;

when in truth and in fact, Defendant then and there well knew:

A.    That his U.S. Passport contained false and fraudulent information for Defendant, and that his true name is STEVEN ALEXANDER ARREY, born December 21, 1975.

All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: _March 1_____, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
UNITED STATES ATTORNEY

_____
ELLIOT ENOKI
FIRST ASSISTANT U.S. ATTORNEY

_____
EDWARD H. KUBO, JR.
ASSISTANT U.S. ATTORNEY


United States v. Steven Alexander Arrey,
Cr. No. 01-_____
Indictment